1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOW-MING YEH,<br><br>     Petitioner,<br><br>   v.<br><br>CALIFORNIA STATE,<br><br>     Respondent. | Case No. CV 13-5292 JVS (JCG)<br><br>**JUDGMENT** |

  IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: January 15, 2014

_____

   HON. JAMES V. SELNA
  UNITED STATES DISTRICT JUDGE